UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN J. MATHIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01796-JRS-MKK ) |
| INTERNATIONAL FEED CORPORATION, *et al* | ) ) ) |
| Defendants. | ) ) |

**REPORT AND RECOMMENDATION**

On April 10, 2023, Plaintiff failed to appear at a scheduled initial pretrial conference, (Dkt. 49). The Court set a show cause hearing for April 27, 2023 requiring Plaintiff to appear in person to answer why he should not be sanctioned for having failed to appear for the April 10, 2023 initial pretrial conference. (*Id.*). Plaintiff appeared in person at the April 27, 2023 hearing. (Dkt 52). Plaintiff subsequently appeared at telephonic status conferences on May 16, 2023, (Dkt. 56), and August 17, 2023, (Dkt. 63).

On November 6, 2023, Defendants filed for summary judgment. (Dkt. 63). Plaintiff's response was due on December 7, 2023, and Plaintiff failed to respond.

On January 10, 2024, the Court held a telephonic status conference and Plaintiff failed to appear. (Dkt. 68). The Court issued a show cause order setting a hearing for January 24, 2024, requiring Plaintiff's in-person attendance, and reminding Plaintiff that continued "failure to comply with court orders, participate in discovery, or appear for conferences may result in sanctions, up to and including

dismissal of the case." (*Id*.). Plaintiff failed to appear for the in-person January 24, 2024, show cause hearing.

Plaintiff has repeatedly failed to comply with the Court's orders by failing to appear as ordered for the April 10, 2023 initial pretrial conference (Dkt. 49), the January 10, 2024 telephonic status conference, (Dkt. 68), and the January 24, 2024 show cause hearing. Accordingly, the Magistrate Judge recommends that Plaintiff's claims in this matter be dismissed for Plaintiff's repeated failures to appear and comply with the Court's orders. Fed. R. Civ. P. 16(f)(1).

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service of this Order shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

SO RECOMMENDED.

Date: 1/26/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

DUSTIN J. MATHIS
6830 Littleton Drive
Indianapolis, IN 46221