UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN J. MATHIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-01796-JRS-MKK |
| ) | |
| INTERNATIONAL FEED CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

### and

## DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT

On January 26, 2024, the Magistrate Judge submitted her Report and Recommendation, (ECF No. 71), regarding Plaintiff's failure to comply with the Court's Orders by failing to appear at several hearings. No objections to the Report and Recommendations have been filed, and the time for filing objections has expired. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby **adopts** the Magistrate Judge's Report and Recommendation that this action be dismissed. As a result, Defendants' Motion for Summary Judgment, (ECF No. 63), is **denied as moot**. Judgment consistent with this order shall issue.

Date: 2/20/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

−1

Distribution:

DUSTIN J. MATHIS
6830 Littleton Drive
Indianapolis, IN 46221

Rebecca Jean Maas
FISHER MAAS HOWARD LLOYD & WHEELER, P.C.
rmaas@fishermaas.com

Rafael P. McLaughlin
Reminger Co. LPA
rmclaughlin@reminger.com